[No. 3650–II.   Division Two.   April 30, 1980.]

JERALD E. SCOFIELD, ET AL, *Respondents,* v. ROBERT
CARLSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 238975, William L. Brown, Jr., J., entered
August 11, 1978. *Reversed* and *remanded* by unpublished
opinion per Pearson, J., concurred in by Petrie and Petrich,
JJ.

[No. 3423–2–III.   Division Three.   April 30, 1980.]

*In the Matter of the Paternity of*
PAUL NORTH JONES.

JACK NORTH MCLEAN, *Appellant,* v. LAURA
O. JONES KEMP, *Respondent.*

Appeal from a judgment of the Superior Court for
Benton County, No. 78–0532, Fred R. Staples, J., entered
March 29, 1979. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3555–7–III.   Division Three.   April 30, 1980.]

JACK NORTH MCLEAN, *Appellant,* v. JOSEPH
R. SCHNEIDER, *Respondent.*

Appeal from a judgment of the Superior Court for
Benton County, No. 79–0531, Fred R. Staples, J., entered
July 5, 1979. *Remanded* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Roe, J.